Euna Kim (SBN 222141)
ekim@reedsmith.com
John D. Pingel (SBN 267310)
jpingel@reedsmith.com
Shaudee Navid (SBN 283020)
snavid@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendants
Bank of America, N.A. (erroneously sued as "Bank of America Corporation, a Delaware Corporation, as successor in interest for Countrywide Home Loans Inc., also doing business as BAC Home Loans Servicing LP"), ReconTrust Company, N.A., The Bank of New York Mellon FKA The Bank of New York as Trustee for the benefit CWMBS, Inc. and CHL Mortgage Pass-Through Trust 2007 – 12 Mortgage Pass-Through Certificates Series 2007-12 (erroneously sued as "The Bank of New York, a New York Corporation; doing business as The Bank of New York Mellon FKA The Bank of New York as Trustee for the benefit CWMBS, Inc. and CHL Mortgage Pass-Through Trust 2007 – 12 Mortgage Pass-Through Certificates Series 2007-12"), and Mortgage Electronic Registration Systems Inc.

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. APRAHAMIAN, an individual, JILL C. APRAHAMIAN, an individual,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation, as successor in interest for COUNTRYWIDE HOME LOANS, INC., also doing business as BAC HOME LOANS SERVICING LP; RECONTRUST COMPANY, N.A.; THE BANK OF NEW YORK, a New York Corporation; doing business as The Bank of New York Mellon FKA The Bank of New York as Trustee for the benefit of | Case No.  ED CV 12-01893 ABC (OPx)<br><br>[~~PROPOSED~~] ORDER AND JUDGMENT<br><br>[FED. R. CIV. P. 12(b)(6)]<br><br>Date:　　　January 28, 2013<br>Time:　　　10:00 a.m.<br>Room:　　　680<br><br>Complt. Filed:　　October 31, 2012<br><br>Honorable Audrey B. Collins |

| | |
|---|---|
| CWMBS, Inc. and CHL Mortgage Pass-Through Trust 2007-12 Mortgage Pass Through-Certificates Series 2007-12; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOES 1 THROUGH 100 INCLUSIVE,<br><br>            Defendants. | [Filed concurrently with Notice of Motion and Motion to Dismiss Plaintiffs' Complaint and Request for Judicial Notice] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER AND JUDGMENT

Upon consideration of the pleadings and papers and with GOOD CAUSE shown, Defendants Bank of America, N.A. (erroneously sued as "Bank of America Corporation, a Delaware Corporation, as successor in interest for Countrywide Home Loans Inc., also doing business as BAC Home Loans Servicing LP"), ReconTrust Company, N.A., The Bank of New York Mellon FKA The Bank of New York as Trustee for the benefit CWMBS, Inc. and CHL Mortgage Pass-Through Trust 2007 – 12 Mortgage Pass-Through Certificates Series 2007-12 (erroneously sued as "The Bank of New York, a New York Corporation; doing business as The Bank of New York Mellon FKA The Bank of New York as Trustee for the benefit CWMBS, Inc. and CHL Mortgage Pass-Through Trust 2007 – 12 Mortgage Pass-Through Certificates Series 2007-12"), and Mortgage Electronic Registration Systems Inc.'s (collectively, "Defendants") Motion to Dismiss Plaintiffs John and Jill Aprahamian's (collectively, "Plaintiffs") Complaint ("Complaint") came on for regularly-noticed hearing on January 28, 2013 at 10:00 a.m. in Courtroom 680 of the above-entitled Court.

Upon consideration of the pleadings, the papers, and the arguments of counsel, and with GOOD CAUSE shown, Defendants' Motion to Dismiss Plaintiffs' Complaint is **GRANTED [~~WITH~~] [WITHOUT] LEAVE TO AMEND**. As a matter of law, the Complaint fails to set forth facts sufficient to state a valid cause of action against Defendants.

Given the foregoing ruling, IT IS HEREBY ORDERED that Defendants are DISMISSED from this action **[WITH] [~~WITHOUT~~] PREJUDICE**. A final JUDGMENT OF DISMISSAL is hereby entered against Plaintiffs and in favor of Defendants. Plaintiffs shall take nothing by way of any claims against Defendants and Defendants are entitled to recover their costs of suit.

To the extent a lis pendens is recorded against the property commonly identified as 3308 Via Giovanni Cir., Corona, California 92881, it is hereby expunged.

**IT IS SO ORDERED**.

DATED: 1/16/13

By *(signature)*
Audrey B. Collins
United States District Judge